Harold Manzeske, Appellee, v. Yellow Cab Company
and Herbert Dittman, Appellants.

Gen. No. 42,255.

Heard in the second division, first district, this court at the June term, 1942; opinion filed March 8, 1944; rehearing denied April 6, 1944. Miller, Gorham, Wescott & Adams, for appellants; Herbert C. De Young and Charles F. White, of counsel; Royal W. Irwin, for appellee. Opinion by JUSTICE SCANLAN. Not to be published in full.